Richard FUSELIER, Plaintiff– Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5058.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.